## ATTACHMENT A

## AFFIDAVIT

I, Brian Otters, Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a criminal complaint. I am an Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), currently assigned to the FBI Jackson Field Office North Mississippi Safe Streets Task Force. I have been so employed as a Special Agent with the FBI since 2013. I have participated in numerous investigations involving individuals suspected of violating laws of the United States, including public corruption, narcotics trafficking, gang-related violence, crimes against children, human trafficking, counter terrorism, and weapons of mass destruction.

2. There is probable cause to believe that Salman Zafar committed a violation of Title 18, United States Code, Section 2266A(1), interstate stalking.

## PROBABLE CAUSE

3. On July 7, 2026, Victim #1, who resides in Senatobia, Mississippi, received the following text messages from an unknown number:


9:51
66
559
+1 (908) 917-6030
iMessage
Encrypted
Hey
Colloquial vernacular
Who is this?
Are you a dentist
Yes
Delivered
Are you married
I have a dental screening tomorrow.
If you did not expect this message from an unknown sender, it may be spam.
Report Spam
iMessage


9:24
83
659
+1 (908) 917-6030
Hey
Colloquial vernacular
Who is this?
Are you a dentist
Yes
Delivered
Are you married
Salman




4. Victim #1 blocked the number.

5. On August 12, 2026, Salman Zafar walked into Five Star Dental, where Victim #1 is employed, and asked the front desk who the providers at this clinic are. The receptionist responded with the names of two dentists, including Victim #1. Zafar stated "I want to see [Victim #1]." The receptionist asked the patient where he was from and he stated New Jersey.

She asked him what brought him to Senatobia and he said work. An appointment for a new patient examination was made for August 20th.

6. Zafar arrived for his appointment on August 20th and was seen by a dental hygienist who informed him he would need to schedule two follow-up appointments. On August 25, Zafar attended his first appointment with the hygienist. On August 27, Zafar returned for his appointment. He asked many questions to the hygienist about Victim #1. During the appointment, he met Victim #1 for treatment. Victim #1 inquired if he was going to travel back and forth for this extensive dental work or if he preferred she find him a closer dentist to refer him back to New Jersey. Zafar replied he wanted to get it done here and he would travel. Victim #1 then asked him "so what brought you to Mississippi?," and Zafar responded "my dental work."

7. Victim #1 reported feeling the interaction was strange and remembered an unknown number texted me in July that was from New Jersey. She compared the numbers and found that it was the same number. She reported the conduct to the Senatobia Police Department.

8. SPD officers recognized Zafar from a previous encounter several days prior after receiving a call from a concerned citizen for a wellness check because Zafar was sitting at the park for 4 to 5 hours in the heat with no movement. SPD officers then checked with a local hotel, Holiday Inn, and asked the front desk if they recognized him. The workers recognized Zafar and mentioned he checked in on August 11th (Victim #1's birthday). They explained he asked to switch rooms every 3 to 4 days and that he leaves the hotel around midnight every day and returns around 4:00a.m. on foot.

9. Victim #1 signed trespassing papers for the dental office and her residence.

10. A review of Zafar's history with the dental practice revealed that Zafar called the office in November of 2022 using a different phone number to make a new patient appointment. However, the appointment was cancelled by the practice due to a lack of staff. His name was misspelled in the system.

11. On August 28, Zafar visited SPD and inquired where he would be trespassing. The officers told him and he stated he is leaving Senatobia. SPD confirmed from hotel footage that Zafar took an Uber from the Holiday Inn around 10:30 a.m.

12. Victim #1 decided to unblock Zafar's number to see if he had sent additional messages. These are pictured below:



13. After receiving these messages, Victim #1 reported the conduct to the Federal Bureau of Investigation. She also purchased a gun and learned how to use it for self-defense.

14. On August 30, Victim #1 signed a misdemeanor affidavit for a stalking misdemeanor. At law enforcement's instruction, Victim #1 also texted Zafar "Do not contact me again" as seen in the exchange below:



15. Later that day, Victim #1 opened her laptop for the first time in several weeks to check messages and was able to view messages that delivered to the device during the period Zafar was blocked from her cellular phone. These included:

To: +1 (908) 917-6030

iMessage
Sat, Jul 25, 8:11 PM

I miss you

Sat, Jul 25, 9:42 PM

You know where I'm at

Ima be downtown

Can you pick me up

Prob with sexy red Pricilla

Right

Where's Mickey Mouse

I knew you weren't about it

It's cause you're not sexy red

Haterrr

Sun, Jul 26, 11:36 AM

I love you all

You hate me?

Sun, Jul 26, 4:06 PM

Now I know the truth

Sun, Aug 23, 4:36 PM

Who this

Jk

To: +1 (908) 917-6030

Sun, Aug 23, 4:36 PM

Who this

Jk

Remember when I bumped into you

1 Reply

Mon, Aug 24, 8:00 PM

I'm dying

You wanna come over

So we can talk

You're my role model

Remember when I bumped into you

Why'd you parrot "cute"



Yeah, yeah I remember the no response thing

I'm scared

There was a day you were out

I was watching you

All by yourself

To: +1 (908) 917-6030

Yeah, yeah I remember the no response thing

I'm scared

There was a day you were out

I was watching you

All by yourself

Sorry I was always running ops

Mon, Aug 24, 11:53 PM

Also I love you

Tue, Aug 25, 2:37 PM

Yo you have Gianna's number

Tell her I miss her

I need a rose

Is she married, I think I made a deal with her. Or something like that, I just wanted to know if she found someone

Tue, Aug 25, 4:54 PM

Or can too just give her my number

Edited to "Or can you just give her my number "

And don't say anything else

Nvmd

Tue, Aug 25, 9:49 PM

To: +1 (908) 917-6030

Tue, Aug 25, 9:49 PM

Why do you hate me

Did I do something

I'm sorry

Is there something on your mind

Wed, Aug 26, 8:43 AM

Where's your dad

Alright watch

Watch what I do

Where's the nicest strip joint around here

For gentlemen

I'm trynna have fun

A good time

For a long time

Wed, Aug 26, 11:10 AM

Fine I wanna break

I can't take this anymore

I just wanna fall in love w someone

Loterallllllylylylylylyltlttlltyt

Dyyyyytiiiimmgnngngngngngngng

Wed, Aug 26, 3:07 PM

To: +1 (908) 917-6030

Wed, Aug 26, 3:07 PM

Can't wait to leave

5+5= 10

I feel like I liked the calculus around my enamel

Now that it's gone there nothing to protect my teeth

Did you find a suitable guy for
You

Lexies way better than you

And I'm not hard to numb

Can you help me

Wed, Aug 26, 7:17 PM

Lemme borrow the car

To: +1 (908) 917-6030

Wed, Aug 26, 9:02 PM

I love you

I love you

I love you

I love you

I love you

I love you

I love you

I love you

I love you

I love you

I love you

❤️

I love you

I love you

I love you

I love you

I love you

I love you

I love you

I love you

I love you

To: +1 (908) 917-6030

Thu, Aug 27, 8:00 AM



OJ.pdf

Thu, Aug 27, 9:12 AM

Hey doc just checking in to make sure we're all peachy for our 11.30



It's okay if you hate me

Just fyi

I know I'm hard to numb

But can you numb me exxxxxxxtttttttrrrrrraaaaaaa

↻Replay

Can you take me home after

I think I need to have someone take me home

That's what Lexie said

It's hard to brush, floss, and mouth watch rinses

I find it easier to just eat candy

Fri, Aug 28, 1:13 PM

Thanks honey bee

16. On September 3, 2026, your affiant called the phone number provided by Victim #1 and spoke with Zafar. I identified myself as a Special Agent with FBI and informed Zafar that I wanted to speak with him about his time in Mississippi. Zafar declined until confirming that I was truly an FBI agent.

17. Investigators with SPD provided your affiant with a latitude and longitude for Zafar's cellular device on September 3, 2026, at 18:49:59 GMT that was provided to SPD by AT&T:

| | |
|---|---|
| **Latitude** | 40.71013000 |
| **Longitude** | -74.08063000 |

This location is in Jersey City, New Jersey and shows that after being present in Mississippi, Zafar traveled across state lines to New Jersey.

THIS PORTION LEFT INTENTIONALLY BLANK

## CONCLUSION

Based on the above facts, it is the affiant's belief that Salman ZAFAR has committed interstate stalking from on or about July 7, 2026, through September 3, 2026.

Brian Otters Digitally signed by Brian Otters Date: 2026.09.11 09:55:57 -05'00'

Brian Otters, Special Agent
Federal Bureau of Investigation

Attested to by the complainant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone, this the 11th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF MISSISSIPPI